THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MOY HE, Appellant.

*People* v. *Moy He*, 172 App. Div. 923, affirmed.
(Submitted November 29, 1916; decided December 15, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 26, 1916, which affirmed a judgment rendered at a

Trial Term for the county of Kings upon a verdict convicting the defendant of the crime of perjury.

*James W. Osborne* for appellant.

*Harry E. Lewis, District Attorney (Harry G. Anderson* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.